**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SAMUEL T. ROSS,                                            :  No. 55 MM 2023
                                                           :
                            Petitioner                     :
                                                           :
                                                           :
                v.                                         :
                                                           :
                                                           :
COURT OF COMMON PLEAS OF                                    :
MONTGOMERY COUNTY,                                          :
PENNSYLVANIA,                                               :
                                                           :
                            Respondent                     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2023, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.